Opinion filed July 31, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed July 31, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00199-CV

                                                    __________

 

                                CITY OF ABILENE, TEXAS, Appellant

 

                                                             V.

 

                                    KAREN
LOUISE CORNETT AND 

 
HUSBAND, DEAN CORNETT, Appellees

 



 

                                         On
Appeal from the 350th District Court

                                                          Taylor
County, Texas

                                                   Trial
Court Cause No. 8086-D

 



 

                                             M
E M O R A N D U M  O P I N I O N

Appellant
has filed in this court a motion to dismiss its appeal.  Appellant states in
its motion that the parties have entered into a settlement agreement.  The
motion is granted, and the appeal is dismissed.

 

July 31, 2008                                                                           PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.